IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01791-MEH-BNB

ELIZABETH PURLING,

    Plaintiff,

v.

SLT GROUP VI, INC.; d/b/a Peak Kia; and
COMPASS BANK +;

    Defendants.

## ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT COMPASS BANK +

This matter is before the Court on the Joint Stipulation for Dismissal of all Claims Asserted Against Compass Bank [Filed December 7, 2006; Docket #22]. The Stipulation states that a settlement has been reached and that Plaintiff voluntarily dismisses her claims against Defendant Compass Bank with prejudice pursuant to Fed. R. Civ. P. 41(a).

Accordingly, it is ORDERED that the claims against Compass Bank are **dismissed with prejudice**, all parties to pay their own attorney fees and costs. The caption of this case is to be amended to remove Compass Bank as a Defendant.

Dated at Denver, Colorado this 8th day of December, 2006.

                                            BY THE COURT:

                                            s/ Michael E. Hegarty
                                            Michael E. Hegarty
                                            United States Magistrate Judge