IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action Number: 06-CV-01791-MEH-BNB

ELIZABETH PURLING,

Plaintiff,

vs.

SLT GROUP VI, INC., d/b/a Peak Kia, a Colorado Corporation, and
COMPASS BANK, an Alabama corporation,

Defendants.

---

## ORDER

---

I am informed that this case has been resolved.  Accordingly,

IT IS ORDERED that on or before **February 13, 2007**, the parties shall file a stipulation

or motion to dismiss with prejudice, pursuant to Fed. R. Civ. P. 41(a).

Dated January 30, 2007.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge