IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01791-MEH-BNB

ELIZABETH PURLING,

    Plaintiff,

v.

SLT GROUP VI, INC., d/b/a Peak Kia,

    Defendant.

## ORDER OF DISMISSAL WITH PREJUDICE

This matter is before the Court on the joint Stipulation for Dismissal with Prejudice [Filed February 13, 2007; Docket #27]. The Stipulation states that a settlement has been reached and that Plaintiff voluntarily dismisses this case with prejudice pursuant to Fed. R. Civ. P. 41(a).

Accordingly, it is ORDERED that this matter is **dismissed with prejudice**, all parties to pay their own attorney fees and costs.

Dated at Denver, Colorado this 13th day of February, 2007.

                              BY THE COURT:

                              s/ Michael E. Hegarty
                              Michael E. Hegarty
                              United States Magistrate Judge